UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

                        Plaintiff,

        v.

Daniel Dennis Southerland,

                        Defendant.

Case No. MJ17-497

**DETENTION ORDER**

The Court, having conducted a detention hearing pursuant to Title 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which the defendant can meet will reasonably assure the appearance of the defendant as required and the safety of any other person and the community.

## FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

(1)     Defendant has been charged by indictment with count 1: conspiracy to possess with intent to distribute and distribution of 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, and count 2: possession with intent to distribute methamphetamine.  This indictment originates in the Eastern District of Texas (Tyler).

(2)     The Court received information concerning the Defendant's employment and place of residence. The Defendant's attorney presented arguments and described the commendable efforts the Defendant has made while residing in Washington State. The Defendant's employer, Mr. Carlson spoke eloquently and at length on behalf of the Defendant. Information was given concerning the Defendant sobriety and steps taken to be a productive upstanding citizen. Nevertheless, the Defendant is viewed as a risk of nonappearance based on his pending felony matters with active warrants, his criminal history, evading arrest, and charges while one parole. The Defendant is viewed as a risk of danger based on his criminal history, allegations he committed new criminal offenses while on parole and the nature of the alleged offense.

It is therefore **ORDERED**:

(1)     Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correctional facility separate, to the extent practicable, from persons awaiting or serving sentences, or being held in custody pending appeal;

(2)     Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3)     On order of a court of the United States or on request of an attorney for the Government, the person in charge of the correctional facility in which Defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding, including transfer to the Eastern District of Texas (Tyler Division); and

1    (4)    The Clerk shall direct copies of this order to counsel for the United States, to

2  counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services

3  Officer.

4       DATED this _30th_ day of _November_ 2017.

5

6                                    _Paula L. McClaw_
                                    PAULA L. MCCANDLIS
                                    United States Magistrate Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23